No. _____

SEALED

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*



FILED

DEC 1 4 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## THE UNITED STATES OF AMERICA
*vs.*

BRYAN CONNOR HERRELL
aka "Penissmith"
aka "Botah"
aka "Cooked"

1: 17 CR - 0 0 3 0 1 DAD BAM

## INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 1962(d) – Conspiracy to Engage in a Racketeer Influenced Corrupt Organization; and
18 U.S.C. § 1963(a)(1), (a)(2), (a)(3) – Criminal Forfeiture

*A true bill,*

_____ /S/ _____
*Foreman.*

*Filed in open court this* _____ *day*

*of* _____, *A.D. 20* _____

NO BAIL WARRANT

_____
*Clerk.*

Bail, $ _____ [signature] 12/14/17

GPO 863 525

AO 257 (Rev. 9/92)
Case 1:17-cr-00301-DAD-BAM   Document 1-1   Filed 12/14/17   Page 2 of 3
YES: SAB conflict in USAO (before 01/01/13) ___ YES: SKO conflict in USAO (Before 4/12/10)
PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY  ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING: Case No.

**OFFENSE CHARGED**
Please see Indictment

PLEASE SEE INDICTMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense
Fresno County

U.S.C. Citation
Please see Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City)

**DEFENDANT – – U.S. vs.**
BRYAN CONNOR HERRELL

Address

1:17CR-00301 DAD BAM

Birth Date

☒ Male  ☐ Alien
☐ Female  (if applicable)

(Optional unless a juvenile)

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Special Agent

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE JUDGE CASE NO.

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed
Mo. Day Year

DATE OF ARREST ▶
Or . . . if Arresting Agency & Warrant were not Federal
Mo. Day Year

DATE TRANSFERRED TO U.S. CUSTODY ▷

Name and Office of Person Furnishing Information on THIS FORM
Maria G. Robles
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
GRANT RABENN

☒ FORFEITURE ALLEGATION

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS

PLEASE ISSUE NO BAIL WARRANT

/s/ GBR
AUSA Initials

## PENALTY SLIP

**DEFENDANT:** BRYAN CONNOR HERRELL, aka "PENISSMITH," aka, "BOTAH"

**VIOLATION:** 18 U.S.C. § 1962(d) – Conspiracy to Engage in Racketeer Influenced Corrupt Organization

**PENALTY:** 20 years imprisonment
$250,000 criminal fine
Up to 3 years supervised release

**FORFEITURE ALLEGATION:**

18 U.S.C. § 1963(a)(1), (a)(2), and (3)

1