



PHILIP A. TALBERT
United States Attorney
GRANT RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BRYAN CONNOR HERRELL,<br>aka "Penissmith,"<br>aka "Botah,"<br><br>　　　　　　　Defendant. | CASE NO. 1: 17 CR - 0 0 3 0 1 DAD BAM<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

　　　The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on December 14, 2017, charging the above defendant with a violation of 18 U.S.C. § 1962(d) – Conspiracy to Engage in a Racketeer Influenced Corrupt Organization; and 18 U.S.C. § 1963(a)(1), (a)(2), (a)(3) –Criminal Forfeiture count, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding

of the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: December 14, 2017

Respectfully submitted,

PHILIP A. TALBERT
United States Attorney

By  /s/ Grant Rabenn
GRANT RABENN
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: December 14, 2017

_____
BARBARA A. McAULIFFE
U.S. Magistrate Judge