**SEALED**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:17-CR-00301-DAD |
| ) | |
| Plaintiff, ) | ORDER TO PARTIALLY |
| ) | UNSEAL INDICTMENT |
| v. ) | |
| ) | |
| BRYAN CONNOR HERRELL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**FILED**

JAN 1 1 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on December 14, 2017, be partially unsealed to allow defense counsel to review the Indictment and that the Indictment remain under seal as previously ordered.

DATED: January 10, 2018

_____
HON. SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

2