**FILED**
FEB 07 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00301-DAD |
| Plaintiff, | ORDER TO PARTIALLY UNSEAL INDICTMENT |
| v. | |
| BRYAN CONNOR HERRELL, | |
| Defendant. | **SEALED** |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on December 14, 2017, be partially unsealed to allow defense counsel to disclose the Indictment to his client for defense preparation and that the Indictment remain under seal as previously ordered.

DATED: February 7, 2018

_____
HON. BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE