SEALED,TERMED

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: 1:19-mj-00122-NYW-1 *SEALED*
### Internal Use Only

| | |
|---|---|
| Case title: USA v. SEALED<br>Other court case number: 17-cr-00301-DAD-BAM Eastern District of Clairfornia | Date Filed: 05/13/2019<br>Date Terminated: 05/14/2019 |

Assigned to: Magistrate Judge Nina Y. Wang

### Defendant (1)

**Bryan Connor Herrell**
*TERMINATED: 05/14/2019*
also known as
Penissmith
*TERMINATED: 05/14/2019*
also known as
Botah
*TERMINATED: 05/14/2019*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18 U.S.C. § 1962(d) - Conspiracy to Engage in a Racketeer Influenced Corrupt Organization; 18 U.S.C. § 1963 (a)(1),(a)(2),(a)(3) - Criminal Forfeiture | |

**Plaintiff**

**USA**            represented by **David Alan Tonini**
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
303-454-0100
Fax: 303-454-0403
Email: David.Tonini@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/14/2019 | 7 | MAGISTRATE CASE TERMINATED as to Bryan Connor Herrell by Magistrate Judge Nina Y. Wang on 05/14/2019. Text Only Entry (mdave, ) (Entered: 05/14/2019) |
| 05/14/2019 | 6 | Notice to Eastern District of California of Rule 5 or 32 or 40 Initial Appearance as to Bryan Connor Herrell Your case number is:17-cr-00301-DAD BAM. Please use PACER court links to access the public docket and documents. If the District of Colorado has a surrendered passport, it is being mailed to your court via USPS certified mail with return receipt. For a bond transmittal, please contact our case administration specialist at [cod.docketing.uscourts.gov] If you wish to designate a different email address for future transfers, please send your request to InterdistrictTransfer_TXND@txnd.uscourts.gov. **The District of Colorado case remains sealed at the request of the Eastern District of California. All documents will be emailed to InterdistrictTransfer_CAED@caed.uscourts.gov.** (Text Only Entry) (mdave, ) (Entered: 05/14/2019) |
| 05/14/2019 | 🔒 | (Court only) ***Location start LO as to Bryan Connor Herrell (mdave, ) (Entered: 05/14/2019) |
| 05/13/2019 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Bryan Connor Herrell by Magistrate Judge Nina Y. Wang on 05/13/2019. Defendant committed to the Eastern District of California. (mdave, ) (Entered: 05/14/2019) |
| 05/13/2019 | 4 | WAIVER of Rule 5 & 5.1 Hearings by Bryan Connor Herrell (mdave, ) (Entered: 05/14/2019) |
| 05/13/2019 | 🔒 | (Court only) ***Terminate Hearings as to Bryan Connor Herrell: Initial Appearance was incorrectly docketed - should have been Rule 5. (bwilk, ) (Entered: 05/13/2019) |
| 05/13/2019 | 3 | COURTROOM MINUTES for Initial Appearance, Identity, Preliminary Hearing, and Detention as to Bryan Connor Herrell held on 5/13/2019 before Magistrate Judge Nina Y. Wang. Defendant present in custody. Case called concurrently with 17-mj-01217-KLM. Defendant advised. |

| | | |
|---|---|---|
| | | Court appoints counsel based on Financial Affidavit in 17-mj-01217-KLM. Defendant waives the hearings in this district and wishes to proceed with them in the charging district. Defendant is COMMITTED to the Eastern District of California. Defendant received a copy of the indictment today but counsel has retained the document. Defendant remanded. (Total time: 5 minutes, Hearing time: 2:53-3:03, record restricted)<br><br>**APPEARANCES**: David Tonini on behalf of the Government, Timothy O'Hara on behalf of the defendant, Joe Mellberg on behalf of pretrial. FTR: Courtroom A-502. (bwilk, ) Text Only Entry (Entered: 05/13/2019) |
| 05/13/2019 | 2 | MINUTE ORDER as to Bryan Connor Herrell Initial Appearance - Rule 5 set for 5/13/2019 02:00 PM in Courtroom A 502 before Magistrate Judge Nina Y. Wang. By Clerk on 5/13/2019. Text Only Entry (jgonz, ) (Entered: 05/13/2019) |
| 05/13/2019 | 1 | RULE 5 AFFIDAVIT as to Bryan Connor Herrell from the Eastern District of California. (jgonz, ) (Entered: 05/13/2019) |

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) Case No. ~~301~~ 19mj122-NYW |
| Bryan Herrell | ) |
| Defendant | ) Charging District's Case No. 17CR301 |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Eastern District of California.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 5/13/19

*Defendant's signature*

*Signature of defendant's attorney*

Timothy P. O'Hara

*Printed name of defendant's attorney*

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>Bryan Connor Herrell<br>_Defendant_ | )<br>)   Case No. 19-mj-00122-NYW<br>)<br>)   Charging District's<br>)   Case No. 17-cr-00301-DAD-BAM |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the **Eastern** District of **California**, _(if applicable)_ **Fresno** division. The defendant may need an interpreter for this language: _____.

The defendant:   ☐ will retain an attorney.
                 ☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: **May 13, 2019**

_Judge's signature_

**Nina Y. Wang, US Magistrate Judge**
_Printed name and title_