MCGREGOR W. SCOTT
United States Attorney
GRANT RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN CONNOR HERRELL<br><br>Defendants. | CASE NO. 1:17-CR-00301-DAD<br><br>ORDER TO UNSEAL INDICTMENT AND WARRANT OF ARREST |

The indictment and warrant of arrest in this case, having been sealed by Order of this Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret, it is HEREBY ORDERED that the indictment and warrant of arrest be unsealed and made public record for Bryan Connor Herrell.

Dated: June 20, 2019

SHIELA K. OBERTO
U.S. Magistrate Judge

FILED
JUN 20 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK