McGREGOR W. SCOTT
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-0301 DAD BAM |
|---|---|
| Plaintiff, | ASSOCIATION OF COUNSEL |
| v. | |
| BRYAN CONNOR HERRELL, | |
| Defendant. | |

The United States of America requests that Senior Counsel Louisa Marion be added as co-counsel and to the service list of actions for the plaintiff and in the above-referenced case. Please serve all future pleadings and filings on Ms. Marion at U.S. Department of Justice, Criminal Division, Computer Crime and Intellectual Property Section, 1301 New York Avenue N.W., Suite 600, Washington, D.C. 20530, email address: louisa.marion@usdoj.gov.

Dated:  May 12, 2020

/s/ *Paul A. Hemesath*
PAUL A. HEMESATH
Assistant U.S. Attorney

ASSOCIATION OF COUNSEL                              1