MCGREGOR W. SCOTT
United States Attorney
PAUL HEMESATH
GRANT B. RABENN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

BRIAN C. RABBITT
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice
LOUISA K. MARION
Senior Counsel
Computer Crime and Intellectual Property Section
950 Pennsylvania Avenue, N.W.
John C. Keeney Bldg., Suite 600
Washington, DC 20530-0001
Telephone: (202) 514-1026


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>         v.<br><br>BRYAN CONNOR HERRELL,<br><br>            Defendant. | CASE NO. 1:17-CR-301-DAD-BAM<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

Pursuant to Local Rule 141(b) and based upon the representation contained in the government's Request to Seal, IT IS HEREBY ORDERED that the government's 14-page document pertaining to defendant BRYAN CONNOR HERRELL, and government's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

1    The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

2  *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in

3  the government's request, sealing the government's motion serves a compelling interest. The Court

4  further finds that, in the absence of closure, the compelling interests identified by the

5  government would be harmed. In light of the public filing of its request to seal, the Court further finds

6  that there are no additional alternatives to sealing the government's motion that would adequately

7  protect the compelling interests identified by the government.

8  IT IS SO ORDERED.

9    Dated:   **August 26, 2020**   _____

10                                  UNITED STATES DISTRICT JUDGE