McGREGOR W. SCOTT
United States Attorney
PAUL HEMESATH
GRANT B. RABENN
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice
LOUISA K. MARION
Senior Counsel
Computer Crime and Intellectual Property Section
950 Pennsylvania Avenue, N.W.
John C. Keeney Bldg., Suite 600
Washington, DC 20530-0001
Telephone: (202) 514-1026

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:17-CR-00301-DAD-BAM |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| BRYAN CONNOR HERRELL, | |
| Defendant. | |

On or about March 6, 2020, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. §§ 1963(a)(1), (a)(2) and (a)(3), based upon the plea agreement entered into between plaintiff and defendant Bryan Connor Herrell forfeiting to the United States the following property:

      a.      One cryptocurrency wallet containing approximately one Bitcoin,
      b.      An assortment of counterfeit "Magic: The Gathering" collectible cards,
      c.      Approximately 38 sports trading cards,

   c. Approximately $745.00 in U.S. Currency,
   d. 139 gold coins, one ounce each,
   e. 8 silver dollar coins, one ounce each,
   f. One $1,000 bill encased in hard plastic, and
   g. One German August Schwer Cuckoo Clock.

 Beginning on March 13, 2020, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

 The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

 Accordingly, it is hereby ORDERED and ADJUDGED:

 1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property pursuant to 18 U.S.C. §§ 1963(a)(1), (a)(2) and (a)(3), including all right, title, and interest of Bryan Connor Herrell, whose right to the below-listed property is hereby extinguished. The below-listed property shall be disposed of according to law:

   a. One cryptocurrency wallet containing approximately one Bitcoin,
   b. An assortment of counterfeit "Magic: The Gathering" collectible cards,
   c. Approximately 43 sports trading cards,
   c. Approximately $745.00 in U.S. Currency,
   d. 139 gold coins, one ounce each,
   e. 8 silver dollar coins, one ounce each,
   f. One $1,000 bill encased in hard plastic, and
   g. One German August Schwer Cuckoo Clock.

 2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

 3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **September 11, 2020**   /s/ Dale A. Drozd
               UNITED STATES DISTRICT JUDGE