JEFFREY T. HAMMERSCHMIDT, #131113
RENA M. HARRISON, #330925
HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Bryan Herrell

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>BRYAN HERRELL<br><br>        Defendant. | Case No.: 1:17-CR-00301-DAD-BAM<br><br>MOTION AND ORDER TO EXONERATE BOND; AFFIDAVIT OF ATTORNEY JEFFREY T. HAMMERSCHMIDT IN SUPPORT |

Defendant Bryan Herrell, by and through his attorney, Jeffrey T. Hammerschmidt, hereby moves this court for an order exonerating the property bond posted to secure Mr. Herrell's release from custody and for reconveyance of real property in the above-captioned case.

On June 16, 2020, the Court ordered Mr. Herrell released from custody on conditions of Pretrial Services, including a $200,000.00 appearance bond secured by real property owned by Janice Herrell and Wayne Herrell which was posted as collateral for the bond. On June 30, 2020, a copy of the deed of trust, No. E0072780 and straight note, No. E0072781 in the amount of $200,000.00 were received by the court. See Pacer Docket Entry #38.

Mr. Herrell was sentenced on September 1, 2020 with a judgement filed on September 2, 2020. See Pacer Docket Entry # 49. Mr. Herrell self-surrendered to USP Marion on November 4, 2020. (*See* Affidavit of Jeffrey T. Hammerschmidt.)

Because this matter is now resolved, Mr. Herrell requests that the court exonerate the bond previously set by the Court and reconvey title to the real property securing said bond to Janice Herrell and Wayne Herrell.

Dated:  November 6, 2020                    Respectfully submitted,

/s/ Jeffrey T. Hammerschmidt

Jeffrey T. Hammerschmidt

Attorney for Defendant,

BRYAN HERRELL

### ORDER

It is hereby ORDERED, that the bond posted in the above-captioned case be exonerated and title to the real property securing said bond be reconveyed to Janice Herrell and Wayne Herrell.

IT IS SO ORDERED.

Dated:   **November 6, 2020**                    _____
                                                                       UNITED STATES DISTRICT JUDGE